UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| *In Re:* | : | Bankruptcy Court No. 03-15217 |
| | : | (Chapter 11) |
| CORPORATE MEDIA GROUP, INC., | : | *Judge Cook* |
| | : | |
| *Debtor.* | : | |

| | | |
|---|---|---|
| RICHARD and SUSAN DURAND, | : | |
| | : | |
| *Plaintiffs,* | : | |
| v. | : | No. 1:04-mc-04 |
| | : | *Judge Edgar* |
| CORPORATE MEDIA GROUP, INC. | : | |
| and AMERICANA PUBLISHING, INC., | : | |
| | : | |
| *Defendants.* | : | |

## <u>MEMORANDUM AND ORDER</u>

Currently pending before the Court is the motion of plaintiffs, Richard and Susan Durand ("the Durands") to withdraw this Court's reference of this action to the United States Bankruptcy Court for the Eastern District of Tennessee. [Court File No. 16].   No objection has been filed to the Durand's motion to withdraw reference.

Further, in an Order entered on December 20, 2004, following a hearing which was held on December 3, 2004, United States Magistrate Judge William B. Mitchell Carter indicated that "[t]he respective parties, through counsel, [had] indicated . . . that they were in agreement that the District Court should withdraw its reference of this cause to the Bankruptcy Court for the Eastern District of Tennessee." [Court File No. 18].

Accordingly, the Durand's motion to withdraw reference of this action to the Bankruptcy Court for the Eastern District of Tennessee [Court File No. 18] is hereby **GRANTED**.

It is **FURTHER ORDERED** that the Clerk of this Court shall enter this action upon the civil docket of the United States District Court for the Eastern District of Tennessee, Southern Division.

SO ORDERED.

ENTER this *17th day of February, 2005.*


　　　　　　　　　　　　　　*/s/ R. Allan Edgar*
　　　　　　　　　　　　　　R. ALLAN EDGAR
　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE